IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| STEVEN D. KING | : | Civil Action No. C-1-01-802 |
| Plaintiff, | : | (Judge Herman J. Weber) |
| | : | (Magistrate Timothy S. Hogan) |
| v. | : | |
| | : | **MEMORANDUM OF DEFENDANT** |
| CSX TRANSPORTATION, INC. | : | **WITH RESPECT TO DEPOSITION OF** |
| | : | **DR. THOMAS A. BENDER** |
| Defendant. | : | |

Now comes the defendant and hereby and herewith notifies the Court and counsel for the plaintiff that, upon trial of this case, it will offer the entire direct and cross-examination of Dr. Thomas A. Bender from his deposition taken on July 22, 2003, constituting pages 5-34 of the transcript.

The defendant also notifies the Court and counsel for the plaintiff as to its position on an objection interposed by counsel for the defendant during the course of that deposition, as follows:

    p. 32, l. 7        Withdrawn.

Respectfully submitted,

_____
James L. O'Connell      (#0009501)
***Trial Attorney for Defendant***
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202-4091

OF COUNSEL:

LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202-4091
(513) 421-6630
(513) 421-0212 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon: **Robert E. Harrington, Jr. and Daniel W. Pisani**, HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD., 310 South Michigan Avenue, Suite 2000, Chicago, Illinois 60604, and **Charles J. Davis**, PATSFALL, YEAGER & PFLUM, 1800 Fourth & Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202, by ordinary U.S. mail, this 30th day of September, 2003.

_____
James L. O'Connell
Attorney at Law