IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| STEVEN D. KING | : | Civil Action No. C-1-01-802 |
| | : | |
| Plaintiff, | : | (Judge Herman J. Weber) |
| | : | (Magistrate Timothy S. Hogan) |
| v. | : | |
| | : | **DEFENDANT'S FURTHER SUPPLEMENT** |
| CSX TRANSPORTATION, INC. | : | **TO PROPOSED JOINT FINAL PRETRIAL** |
| | : | **ORDER** |
| Defendant. | : | |

Now comes the defendant and, pursuant to the Court's Order of July 24, 2003, makes the following amendments/additions to parts of the Joint Final Pretrial Order:

## Appendix B
### Defendant's Witness List

18. Paul Jahn
    Litigation Support Services
    817 Main Street
    Cincinnati, Ohio  45202

    The videotaping of a person of the approximate height of the plaintiff boarding a locomotive of the same type as that involved in the plaintiff's claimed accident at the location of that claimed accident as described by the plaintiff.

19. Michael Philpot
    CSX Transportation, Inc.
    Corbin, Kentucky

    The videotaping of a person of the approximate height of the plaintiff boarding a locomotive of the same type as that involved in the plaintiff's claimed accident at the location of that claimed accident as described by the plaintiff.

The defendant continues to reserve its right to supplement the foregoing list. The defendant continues to reserve its right to call any witness, or offer any exhibit, made pertinent by testimony received upon trial of this case.

## Appendix D
### Defendant's Exhibit List

V.  Videotape of a person of the approximate height of the plaintiff boarding a locomotive of the same type as that involved in the plaintiff's claimed accident at the location of that claimed accident as described by the plaintiff.

The defendant continues to reserve the right to supplement the foregoing list. Defendant continues to reserve the right to offer any exhibit made pertinent by testimony received upon trial of the case.

Respectfully submitted,

/s/ James L. O'Connell
_____
James L. O'Connell                    (#0009501)
**Trial Attorney for Defendant**
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202-4091

OF COUNSEL:

LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202-4091
(513) 421-6630
(513) 421-0212 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon: **Robert E. Harrington, Jr. and Daniel W. Pisani**, HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD., 310 South Michigan Avenue, Suite 2000, Chicago, Illinois 60604, and **Charles J. Davis**, PATSFALL, YEAGER & PFLUM, 1800 Fourth & Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202, by ordinary U.S. mail, this 3rd day of October, 2003.

/s/ James L. O'Connell
_____
James L. O'Connell
Attorney at Law