FILED
KENNETH J. MURPHY
CLERK

03 OCT -6 PM 2:30

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - CINCINNATI

| | |
|---|---|
| STEVEN D. KING, | ) |
| Plaintiff, | ) TRIAL BY JURY DEMANDED |
| -vs- | ) CASE NO.: C-1-01-802 |
| CSX TRANSPORTATION, INC. a corporation, | ) Judge Herman J. Weber |
| Defendant. | ) |

### NOTICE OF MANUAL FILING
### OF ORIGINAL DEPOSITION TRANSCRIPT OF DR. JOHN LARKIN

Please Take Notice that pursuant to Federal Rule of Civil Procedure 32(a), Plaintiff has filed the original deposition transcript from the deposition of Dr. John Larkin.

Respectfully submitted,

Robert E. Harrington, Jr.
Patrick J. Harrington
Daniel W. Pisani

Harrington, Thompson, Acker & Harrington, Ltd.
310 S. Michigan Avenue
Suite 2000
Chicago, Illinois 60604
(312) 922-8833

**PROOF OF SERVICE**

DANIEL W. PISANI, being first duly sworn under oath, deposes and states that he served a copy of the attached **NOTICE OF MANUAL FILING OF ORIGINAL DEPOSITION TRANSCRIPT OF DR. JOHN LARKIN** upon:

James L. O'Connell
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, OH 45202

by depositing the same in a properly addressed and stamped envelope, with proper postage prepaid, in the U.S. Mail Box located at 310 South Michigan Avenue, Chicago, Illinois on the ___2___ day of __October__, 20_03_.

Subscribed and Sworn to
before me this _2nd_ day
of __October__, 20_03_.

OFFICIAL SEAL
JAMES KEVIN SCHULTZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2007

Notary Public

HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
310 South Michigan Avenue
Suite 2000
Chicago, Illinois  60604
(312) 922-8833