# LSS INCORPORATED
## LITIGATION SUPPORT SERVICES
Accuspeed • Videofax • Exhibit 30 • Professional Resources

*Court Reporting*
*Video Depositions*
*Settlement Brochures*
*Day-In-The-Life*
*Courtroom Presentation*
*Digital Video Transcripts*
*Digital Video Editing*
*Video Teleconferencing*
*Process Service*
*Accident Reconstruction*
*Photography & Graphics*
*Satellite CLE Seminars*
*Expert Witness Referral*

**TRIAL DATE:** _____

**COURT OF JURISDICTION:** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CASE CAPTION:** STEVEN . KING, Plaintiff, vs.
CSX TRANSPORTATION, INC., Defendant.

**CASE NUMBER:** C-1-01-802

**DEPONENT/WITNESS:** THOMAS BENDER, M.D.

**DEPOSITION DATE:** JULY 22, 2003

**DEPOSITION LOCATION:** 3345 WHITFIELD
CINCINNATI, OH

**DEPOSING COUNSEL:** JAMES O'CONNELL, ESQ.

**FIRM:** LINDHORST & DREIDAME

**ADDRESS:** 312 WALNUT STREET, STE 2300

**CITY/STATE/ZIP:** CINCINNATI, OH 45202

**REPRESENTING:** DEFENDANT

**EXHIBITS WITHIN:** NONE

A fee of $ 127.75 is to be paid to **Litigation Support Services, Inc.** by the deposing counsel. The above fee of $ 127.75 is to be taxed as cost in the within-styled action pursuant to Local Rules of Civil Procedure.

## CERTIFICATION

I, **Valerie Jones Conn,** hereby certify that the enclosed transcript is a fair, true and accurate record of the proceedings. This transcript has not been altered in any way while in my possession. I have no interest whatsoever in this matter, nor am I a relative of any party or attorney in this action.

*Valerie Jones Conn*

Notary Public – State of Ohio
Ohio Commission Expires: September 4, 2007
Kentucky Commission Expires: March 20, 2004

03 OCT 24 PM 3:19
FILED KENNETH J. MURPHY CLERK

---

817 MAIN STREET • SUITE 400 • CINCINNATI, OHIO 45202-2153
CINCINNATI: PHONE: (513) 241-5605    FAX: (513) 361-8646
DAYTON: PHONE: (937) 224-1990    FAX: (937) 224-1995
Email: info@litsup.com    Web: www.litsup.com