IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEVEN D. KING,

    Plaintiff

v                                              Civil: C-1-01-802

CSX TRANSPORTATION,

    Defendant

## ORDER

The above styled case is before the Court on Plaintiff's Motion to Continue Trial (#35) and Defendant's Memorandum with Respect to Plaintiff's Motion (#36). The Court upon review of the record GRANTS said motion.

This case is hereby RESCHEDULED to the APRIL 2004 trial term. Parties are advised that the Final Pretrial Conference scheduled for November 19, 2003 is CANCELLED.

    **IT IS SO ORDERED.**

                                                   **s/Herman J. Weber**
                                                 **Herman J. Weber, Senior Judge**
                                                 **United States District Court**