IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN D. KING | : | Civil Action No. C-1-01-802 |
| | : | |
| Plaintiff, | : | (Judge Herman J. Weber) |
| | : | (Magistrate Timothy S. Hogan) |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| CSX TRANSPORTATION, INC. | : | |
| | : | |
| Defendant. | : | |

All matters in controversy between the parties in the within action having been fully and amicably concluded by settlement, it is hereby and herewith stipulated that the Complaint of the plaintiff be dismissed, with prejudice.

Docket fee waived.

_____
Charles J. Davis          (#0031862)
Patsfall, Yeager & Pflum LLC
One West Fourth Street, Suite 1800
Cincinnati, Ohio 45202
(513) 721-4500
(513) 639-7554
**Trial Attorney for Plaintiff**

_____
James L. O'Connell      (#0009501)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202
(513) 421-6630
(513) 421-0212 (fax)
**Trial Attorney for Defendant**

384258v1